**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt**

Date: 2/29/12

In re:   Case No.:   12−11180 TJC     Chapter:   7

Ashley E Duffy
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 14 − Statement Under Penalty of Perjury Re: Payment Advices on behalf of Ashley E Duffy Filed by Michael S. Woll. (Woll, Michael)

PROBLEM: The Statement Under Penalty of Perjury was not e−signed and dated by the debtor. (Federal Bankruptcy Rule 9011(a)

CURE: An e−signed and dated Amended Statement Under Penalty of Perjury must be filed by the cure date shown below.

CONSEQUENCE: Failure to cure the problem(s) by the date below may result in the pleading being stricken or other action the Court deems appropriate without further notice.

**All deficiencies must be cured by 3/14/12.**

**Additional information for non−attorney filers is available at www.mdb.uscourts.gov/PS_debtor_after.aspx.**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Vicky Harper  410−962−4075

cc:   Debtor(s)
      Attorney for Debtor(s) − Michael S. Woll

Form defntc (01/06)